# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>DESHAWN WHITED<br><br>*Defendant(s)* | )<br>)  Case No. 3:21-MJ-1006<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 20, 2021__ in the county of __Knox__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2119 | Carjacking |
| 18 U.S.C. § 924(c) | Use of a firearm in furtherance of a crime of violence |

This criminal complaint is based on these facts:

Please see the affidavit of TFO Brandon Glover, FBI, which is attached hereto and fully incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brandon Glover, TFO FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/21/2021

_____
*Judge's signature*

City and state: Knoxville, Tennessee

Hon. Debra C. Poplin, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

Case No. 3:21-MJ-1006

1.  I, Brandon A. Glover, being duly sworn, state the following information to be true to the best of my knowledge, information and belief:

## I. INTRODUCTION

2.  This Affidavit is being offered in support of a Criminal Complaint against Deshawn Thomas Whited, described as a black male, date of birth (DOB) May 9, 1997, Social Security Account Number (SSAN) XXX-XX-2793, for Carjacking in violation of Title 18, United States Code, Section 2119; and Brandishing a firearm during and in relation to a crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## II. AGENT BACKGROUND AND EXPERIENCE

3.  I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and have been so employed since March, 2015. I am an "Investigative or Law Enforcement Officer" within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code. I am currently assigned to the Knoxville Field Office of the FBI. I was assigned to the Appalachia High Intensity Drug Trafficking Area (HIDTA) Task Force for approximately four years. My primary duties and responsibilities as a FBI HIDTA TFO involved the investigation of violations of federal law including the Controlled Substances Act as found in Title 21 of the United States Code. Currently, I am assigned as a TFO with the FBI Knoxville Violent Crime Squad/Safe Streets Task Force (SSTF). I am a sworn police officer for the City of Knoxville, Tennessee, and have been so employed since October 18, 2004. I am currently an Investigator with the Knoxville Police Department's (KPD) Organized Crime Unit (OCU) and have served in this capacity since approximately 2012. During my tenure as a FBI Task Force Officer and KPD Police Officer and Investigator, I have investigated numerous crimes including, but not limited to, illegal narcotics trafficking, prescription drug fraud and forgery, gangs and organized crime, money laundering, burglary, bank robbery, carjacking, violent gangs and organized crime, kidnapping, fugitive investigations, and firearms investigations. More specifically, I have conducted physical surveillance, executed search warrants, analyzed phone and internet records, and arrested criminal suspects. I have also spoken to confidential human sources, suspects, defendants, witnesses, and other experienced investigators concerning the methods and practices of the criminal element. I have received training and have experience in interviewing and interrogation techniques, arrest procedures, evidence collection, search and seizure, search warrant

1

applications, and various other crimes and investigative techniques (this list is non-exhaustive, as the amount of training I have received both in the field and in a classroom setting is extensive).

4.  Except as noted, all of the information contained in this affidavit is either known to me personally or has been told to me by other law enforcement officials. As is detailed below, there is probable cause to believe that Deshawn Thomas Whited committed carjacking by taking a motor vehicle that had been transported, shipped, or received in interstate commerce from the person or presence of another by force and violence or by intimidation, with the intent to cause death or serious bodily harm. There is also probable cause to believe that Whited brandished a firearm during and in relation to a crime of violence.

### III.         APPLICABLE LAW

5.  Title 18 U.S.C. 2119 punishes whoever, with the intent to cause death or serious bodily harm takes a motor vehicle that has been transported, shipped, or received in interstate or foreign commerce from the person or presence of another by force and violence or by intimidation, or attempts to do so.

6.  Title 18 U.S.C. 924(c)(1)(A) punishes any person who, during and in relation to any crime of violence for which the person may be prosecuted in a court of the United States, uses or carries a firearm, or who, in furtherance of any such crime, possesses a firearm.

### IV.         PROBABLE CAUSE

7.  On January 20, 2021, at approximately 2:29 p.m., officers from the Knoxville Police Department (KPD) responded to a carjacking reported at or near the intersection of N. Gay Street and W. Magnolia Avenue in Knoxville, Tennessee. Upon arrival, officers made contact with the victim, whose identity is known to law enforcement. The victim reported that his silver, 2001 Honda Accord sedan, hereinafter referred to as "HONDA", was stolen at gunpoint.

8.  The victim stated he was operating the HONDA sedan near the intersection of N. Gay Street and W. Magnolia Avenue when a light-skinned black male "flagged him down". As the light-skinned black male, hereinafter referred to as "WHITED", approached the victim's HONDA, he produced and brandished a handgun with a silver slide and black frame, and demanded that the victim exit the HONDA sedan. The victim then exited the HONDA sedan. WHITED sat down in the driver's seat, and fled the scene eastbound on Fifth Avenue from N. Gay Street in the victim's HONDA sedan. The victim described WHITED as a light-skinned black male with a thin build, shoulder-length dreadlocks and a small tattoo under his right eye. The victim told KPD officers that WHITED was wearing a gray, hooded sweatshirt and a green jacket. WHITED was previously known to KPD officers and investigators as the primary suspect in a series of recent armed business robberies perpetrated in the Knoxville area.

9. KPD Investigator Andrew Markham interviewed the victim at the Knoxville Police Department Violent Crimes Unit Office. The victim purchased the HONDA sedan from Brian Thompson in February or March of last year (2020). Investigator Markham obtained the Tennessee license plate number (8U7-0J1) and Vehicle Identification Number (VIN) (JHMCG56611C010228) after conducting a title/registration search on the Tennessee Integrated Criminal Justice Portal using the previous owner's name. Based on the victim's description of WHITED and the firearm, Investigator Markham created a photo-lineup depicting WHITED among five other individuals of similar appearance. The victim positively identified WHITED in the photo-lineup. A State of Tennessee warrant for carjacking was issued for WHITED's arrest.

10. On January 20, 2021 at approximately 6:17 p.m., KPD officers and investigators responded to the Kroger grocery store located at 4414 Asheville Highway, Knoxville, Tennessee 3714 after locating the victim's HONDA sedan. KPD Investigators observed WHITED operating the victim's stolen HONDA sedan. After he parked the HONDA sedan near a gas pump located in the Kroger grocery store parking lot, WHITED exited the driver's seat of the HONDA sedan. KPD officers and investigators approached WHITED and took him into custody without further incident. As he was being handcuffed, WHITED shouted, "Everything in that car is mine."

11. The HONDA sedan was occupied by two female, juvenile passengers. One of the female, juvenile passengers, who was found to be in the front passenger seat, voluntarily stated that she was in possession of a gun. KPD Investigator Jacob Wilson opened the front passenger door, and retrieved the firearm from the female, juvenile's jacket pocket. The firearm that was seized from the female, juvenile passenger was a loaded Smith and Wesson, model: SW9VE, 9 mm handgun with a silver-colored slide and black frame (S/N: PDH9350).

12. The HONDA sedan was searched incident to WHITED's arrest. During a search of the HONDA sedan, KPD officers and investigators located and recovered a Maverick Arms, Model: 88, 12 ga. Pump-action shotgun (S/N: MV0253027) with "Traplife" painted on the foldable stock, shotgun shells, and a small amount of suspected marijuana.

13. Shortly after his arrest, WHITED was transported to the Knoxville Police Department where he was interviewed at the Violent Crimes Unit Office by Investigator Robert Cook and Investigator Markham. After being advised of his Miranda Rights, WHITED waived his rights and agreed to answer questions from KPD investigators. WHITED admitted that the loaded Smith and Wesson, model: SW9VE, 9 mm handgun with a silver-colored slide and black frame (S/N: PDH9350) belonged to him.

3

Case 3:21-cr-00029-KAC-DCP   Document 1   Filed 01/22/21   Page 4 of 5   PageID #: 4

14. On January 21, 2021, FBI Special Agent (SA) Wesley P. Leatham conducted a Vehicle Identification Number (VIN) decoder inquiry of the VIN assigned to the HONDA on the United States Department of Transportation (USDOT) National Highway Traffic Safety Administration (NHTSA) website, which listed the vehicle's manufacturing plant as Sayama, Saitama, Japan.

15. Based upon the foregoing, there is probable cause to believe that WHITED violated Title 18, United States Code, Section 2119; and Title 18, United States Code, Section 924(c)(1)(A).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Brandon A. Glover
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me
on this 21st day of January, 2021.

_____
Hon. DEBRA C. POPLIN
UNITED STATES MAGISTRATE JUDGE